UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| STEVEN M. TYLER, et al, | ) |
| | ) |
| Plaintiffs, | ) 3:10-cv-42-ECR-VPC |
| | ) |
| vs. | ) |
| | ) ORDER OF DISMISSAL WITHOUT |
| AMERICAN HOME MORTGAGE, ) | PREJUDICE PURSUANT TO RULE 4(m) |
| et al | ) FEDERAL RULES OF CIVIL |
| | ) PROCEDURES |
| Defendants. | ) |

Counsel for Plaintiffs, having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice as to: American Home Mortgage.

DATED this  17  day of  Nov , 20 11 .

EDWARD C. REED
UNITED STATES DISTRICT JUDGE